NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MELVIN N. O'HARA,**
*Claimant-Appellant,*

**v.**

**ROBERT A. MCDONALD,**
**Secretary of Veterans Affairs,**
*Respondent-Appellee.*

---

2014-7072

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 12-3272, Judge Alan G. Lance, Sr.

---

**JUDGMENT**

---

MARK R. LIPPMAN, The Veterans Law Group, of La Jolla, California, argued for claimant-appellant.

MARTIN M. TOMLINSON, Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. With him on the brief were STUART F. DELERY, Assistant Attorney General, ROBERT E. KIRSCHMAN, JR., Director, and MARTIN F. HOCKEY, JR., Assistant Director. Of counsel on the brief were Y. KEN LEE, Deputy Assis-

tant General Counsel, and MARTIE ADELMAN, Attorney, United States Department of Veterans Affairs, of Washington, DC.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* O'MALLEY and CHEN, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

<table>
<tr><td>December 11, 2014</td><td>/s/ Daniel E. O'Toole</td></tr>
<tr><td>Date</td><td>Daniel E. O'Toole<br>Clerk of Court</td></tr>
</table>